664 A.2d 84

COMMONWEALTH of Pennsylvania, ex rel. Hon. Jessamine JIULIANTE, individually and on behalf of the judges of the Erie County Court of Common Pleas, Sixth Judicial District, Appellants,

v.

The COUNTY OF ERIE and Judith Lynch, County Executive of Erie County, and Roland Komorek, Director of Finance of Erie County, Appellees.

Supreme Court of Pennsylvania.

June 28, 1995.

## ORDER

PER CURIAM.

Prior report: 540 Pa. 376, 657 A.2d 1245.

AND NOW, this 28th day of June, 1995, the Appellant's Application for Limited Reargument in the Nature of a Request for Clarification and for the Appointment of a Master is denied.

MONTEMURO, J., is sitting by designation.